# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **RODNEY GENE YORK,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:18-cv-00150-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| **ERICA A. HOOKS,** | ) | |
| Secretary, N.C. Dept. of Public Safety, et. al, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2018 Order.

August 6, 2018

Frank G. Johns, Clerk
United States District Court